# EXHIBIT A

Jeremy Singer-Vine
BuzzFeed News
111 East 18th Street, Newsroom
New York, NY 10003



jeremy.singer-vine@buzzfeed.com

November 16, 2017

Headquarters Air Force/AAII (FOIA)
1000 Air Force Pentagon
Washington, DC 20330-1000
Phone: (703) 693-2735/692-9981
Email: usaf.pentagon.saf-aa.mbx.haf-foia-workflow@mail.mil

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552 et seq., I request copies of I request copies of the following records: **All spreadsheets, PDFs, and other documents containing lists of civilians invited or scheduled to partake in tours of Air Force One** between Jan. 20, 2017 and the date on which the search for these records is completed.

I specifically request that the **names of the tour participants not be redacted**. Per below, the public interest in the disclosure of these names far outweighs any privacy interest under the Act.

I request these records in their **native digital formats**, where possible, rather than on paper or — in the case of spreadsheets — converted to PDF files.

I am making this request on behalf of BuzzFeed News, and for the purposes of informing the general public.

Under 28 C.F.R. 16.5(d)(1)(iv), a request is to be given **expedited processing** when it involves "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." I am seeking expedited treatment for this request.

This request clearly involves a matter of widespread and exceptional media interest. It is my understanding that least some of the people offered tours of Air Force One are members of Mar-a-Lago. That Florida resort, owned by the President's family, has come under widespread public and media scrutiny for providing its members with unique access to the President. As such, it is deeply in the public's interest to know who has been invited to take, and taken, these tours.

Although expedited processing is clearly warranted under 28 C.F.R. 16.5(d)(1)(iv), it is alternatively proper under under 28 C.F.R. 16.5(d)(1)(ii) which provides for expedited processing when there exists "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a **person primarily engaged in disseminating information**." I am member of the news team at BuzzFeed, which a proven track record of disseminating information to the general public.

As I am making this request as a journalist and this information is of timely value, please please waive any applicable duplication fees. If you determine that fees will exceed $25, please inform me first. For the same reason, I would appreciate you communicating with me by telephone or electronic mail, rather than by postal mail.

I look forward to your reply within 10 business days, as the statute requires. Please let me know if there are any clarifications I can make to make this request easier and/or quicker to complete. My email address and phone numbers are listed above.

Sincerely,
Jeremy Singer-Vine
