# EXHIBIT C



**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS AIR MOBILITY COMMAND**

744 CS/SCPP
1558 Alabama Ave, Suite 15
Joint Base Andrews MD  20762

Mr. Jeremy Singer-Vine
BuzzFeed News
111 East 18th Street, Newsroom
New York, NY  10003

Dear Mr. Singer-Vine

    This letter is in response to your November 16, 2017 Freedom of Information Act (FOIA) request for all spreadsheets, PDFs, and other documents containing lists of civilians invited or scheduled to partake in tours of Air Force One between January 20, 2017 and the date on which the search for these records is completed.  Attached are all reasonably segregable portions of the requested records.

    We reviewed 62 pages of which 62 are partially releasable in accordance with the following exemptions.

    FOIA Exemption 6 allows withholding information in personnel records, medical files, as well as similar personal information in other files, that, if disclosed would constitute a clearly unwarranted invasion of personal p1ivacy.  *See* U.S.C. § 552(b)(6)(2012); *see also* DODM 5400.07, section 5.2.F.  Examples include a person's name, social security number, home address, and phone number.  *See Dep 't of State v. Washington Post Co*., 456 U.S. 595, 600 (1982).  Determining whether a personnel record must be disclosed requires balancing the public's right to disclosure against the individual's right to privacy.  *See Dep 't of the Air Force v. Rose*, 425 U.S. 352, 372 (1976).  Generally, the DoD does not disclose personally identifiable information (PII) regarding military and civilian employees. DoD Director for Administration and Management Memorandum for DoD FOIA Offices 1-2 (Nov. 9, 2001).  This is a general rule applicable in most cases; in all cases, however, the balancing test governs. *See* DODM 5400.07, section 5.2.f.  The burden rests with the requester to demonstrate sufficient public interest in disclosure under the FOIA.  *See Associated Press v. DoD*, 549 F.3d 62, 66 (2d Cir. 2008).

    Mr. Singer-Vine has not demonstrated a sufficient public interest that outweighs individuals' right to privacy.  Mr. Singer-Vine requested expedited processing stating "under 28 C.F.R. 16.5(d)(l)(ii), which provides for expedited processing when there exists "a(n) urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information," and also, states that his request involves "a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity, which affect public confidence."  In order to do so, Mr. Singer-Vine requested a year's worth of PII on every individual who received a tour of Air Force One.  While federal government activities and the affect on public confidence are matters of public concern, disclosing a year's worth of PII would violate those individuals' right to privacy.  As a result, these individual privacy concerns warrant the redaction of PII such as names, initials, and any social security numbers on the requested documents for release.

                      **UNRIVALED GLOBAL REACH FOR AMERICA…ALWAYS!**

**FOIA Request 2018-00661-F**

There are no fees associated with this request.  If you consider our response to be adverse in nature, you may appeal this decision to the Office of the Secretary of the Air Force by sending an e-mail to usaf.jbanafw.744-cs-scpp-foia-pa-manager@mail.mil or by mail addressed to 1558 Alabama Ave Suite 15, Joint Base Andrews, MD 20762 within 90 calendar days from the date of this letter.  Include your reasons for reconsideration and attach a copy of this letter.  Your point of contact is SrA Nicholas Roger-Velez, who can be reached at 301-981-4088.

For dispute resolution services, you may also contact the Air Force FOIA Public Liaison Officer by e-mail at usaf.pentagon.saf-cio-a6.mbx.af-foia@mail.mil or phone at 703- 614-8500 or the Office of Government Information Services by e-mail ogis@nara.gov or phone at 202-741-5770.

Sincerely

SAMUEL J. CHESNUT, Colonel, USAF
Air Mobility Command Initial Denial Authority

Attachment:
Releasable records