# EXHIBIT E

Tarini Parti
Reporter, BuzzFeed News
1630 Connecticut Avenue, 7th Floor
Washington, DC 20009
tarini.parti@buzzfeed.com
Office phone:

Jeremy Singer-Vine
Data Editor, BuzzFeed News
111 East 18th Street, Newsroom
New York, NY 10003
jeremy.singer-vine@buzzfeed.com
Office phone:

November 13, 2018
Headquarters Air Force/AAII (FOIA)
1000 Air Force Pentagon
Washington, DC 20330-1000
Phone: (703) 693-2735/692-9981
Email:  usaf.pentagon.saf-aa.mbx.haf-foia-workflow@mail.mil

To Whom It May Concern:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552 et seq., we request copies of **all records inviting individuals to participate in tours or visits of Air Force One.** We request all such records that were created or sent between Jan. 1, 2016 and the date that the search for records is conducted. We request all such records regardless of medium (including, but not limited to emails, attachments, text messages, et cetera).

We request these records in their **native digital format**, and *not* printed out or otherwise processed in a manner that would decrease the quality, quantity, or accessibility of the original information the records represent.

**If you determine that any portion of requested records are exempt from disclosure**, please redact the non-disclosable portions, specify the statutes that exempt them, and release all other segregable parts.

We are journalists at BuzzFeed News (and formerly at Politico and the Wall Street Journal, respectively). The requested records will inform my reporting, and we intend to use these records to inform the general public. Accordingly, we request to be categorized as **representatives of the news media**, per 5 U.S.C. § 552(a)(4)(A)(ii).

Further, we **request that any fees be waived** because disclosure of the responsive records "is in the public interest" as "it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." (5 U.S.C. § 552(a)(4)(A)(iii)). The records are likely to contribute to the general public's understanding of its government because these is currently very little, if any, public information available concerning the procedures surrounding Air Force One tours.

Additionally, it is our understanding that least some of the people offered tours of Air Force One are members of President Trump's private Palm Beach club, Mar-a-Lago. As we have reported, Mar-a-Lago members "would not confirm or deny that they actually attended [Air Force One tours], but the [tour] invitations would raise more questions about the blurry line between Trump's administration and his family's private businesses. Although past administrations have given Air Force One tours to friends, family, and even donors, in this case, those attending would have paid Trump's exclusive clubs thousands of dollars annually."[1]

That report was then covered by Fortune, Vox, The Week, The Hill, and New Republic, in addition to several others. As noted below, Mar-a-Lago, owned by the President Trump's family, has come under widespread public and media scrutiny for providing its members with unique access to the President. There can be no doubt of the public's interest to know who has been invited to take, and taken, these tours.

Under the FOIA Improvement Act of 2016, agencies may withhold information "only if . . . disclosure would harm an interest protected by an exemption" or if "disclosure is prohibited by law." If you withhold any of these records, we request as required by the FOIA that you **identify the reasonably foreseeable harm** that would result from the release of the records.

As we am making this request as journalists and this information is of timely value, we would appreciate you communicating with us by telephone or electronic mail — listed above — rather than by postal mail.

We look forward to your reply within 20 business days, as the statute requires. Please let us know if there are any clarifications we can make to make this request easier and/or quicker to complete.

Sincerely,
Tarini Parti
Jeremy Singer-Vine

---

[1] Tarini Parti & Jeremy Singer-Vine, Some Members Of Trump's Exclusive Clubs Appear To Have Been Invited To An Air Force One Tour, BuzzFeed News (July 9, 2018), https://www.buzzfeednews.com/article/tariniparti/trump-air-force-one-mar-a-lago-tour