# EXHIBIT H

     **Jeremy Singer-Vine <jeremy.singer-vine@buzzfeed.com>**

### Freedom of Information Act Case # 2019-00784-F

**USAF JB A-NAFW 744 CS Mailbox 744 CS-SCPP FOIA-PA Manager** <usaf.jbanafw.744-cs.mbx.744-cs-scpp-foia-pa-manager@mail.mil>          Thu, Nov 15, 2018 at 8:33 AM
To: Jeremy Singer-Vine <jeremy.singer-vine@buzzfeed.com>
Cc: USAF JB A-NAFW 744 CS Mailbox 744 CS-SCPP FOIA-PA Manager <usaf.jbanafw.744-cs.mbx.744-cs-scpp-foia-pa-manager@mail.mil>, "tarini.parti@buzzfeed.com" <tarini.parti@buzzfeed.com>

Good Morning,

This email is to inform you that we have started working on your FOIA case concerning procedures for Air Foce One tours.

Your FOIA case number is 2019-00784-F please use that number when inquiring about your FOIA case in order to make it easier and faster to give you an update on you request.

V/R,

//SIGNED//
DEREK E. SMITH, SSgt, USAF
744 Communications Squadron
Joint Base Andrews
Comm: 301-981-4088
DSN: 858-4088