UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                              :

BUZZFEED, INC.,               :

                              :   Case No. 19-cv-1337

               Plaintiff,         :

      - - against - -            :   **PLAINTIFF'S CORPORATE**
                              :   **DISCLOSURE STATEMENT**

U.S. DEPARTMENT OF THE AIR FORCE, :

               Defendant.       :

------------------------------------------------------------X

      Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned counsel hereby certifies that Plaintiff BuzzFeed, Inc. is a privately owned corporation. Ten percent or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded. No other publicly held company owns ten percent or more of its stock.

DATED: February 12, 2019                Respectfully Submitted,

                                                          BUZZFEED, INC.

                            By:    s/ Nabiha Syed

                                                          Nabiha Syed, Esq.
                                                          Matthew L. Schafer, Esq.
                                                          BuzzFeed, Inc.
                                                           111 E. 18th Street, 14th Floor
                                                          New York, NY 10003
                                                          Tel: (646) 798-0693
                                                          Fax: (212) 431-7461
                                                          Nabiha.Syed@BuzzFeed.com
                                                          Matthew.Schafer@BuzzFeed.com

                                                          *Counsel for Plaintiff BuzzFeed, Inc.*