UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
BUZZFEED, INC.,                                              :
:  Case No. 19-cv-1337-ALC
                      Plaintiff,                      :
:
        - - against - -                          :
:
U.S. DEPARTMENT OF THE AIR FORCE,                            :
:
                      Defendant.                     :
:
------------------------------------------------------------X

## MOTION FOR NABIHA SYED TO WITHDRAW AS CO-COUNSEL FOR BUZZFEED, INC.

      Pursuant to Local Civil Rule 1.4, Nabiha Syed moves this Court for an order granting permission for Ms. Syed to withdraw as counsel of record for BuzzFeed, Inc. Local Civil Rule 1.4 provides that "[a]n attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien."

      BuzzFeed is represented by two attorneys in this matter, Nabiha Syed and Anand Swaminathan. Mr. Swaminathan remains counsel for BuzzFeed in this matter. This withdrawal will not affect any existing court deadlines and Ms. Syed is not asserting or retaining a charging lien. Wherefore, Ms. Syed respectfully requests that this motion be granted.

DATED: March 14, 2019                                   Respectfully Submitted,

                                                        BUZZFEED, INC.

                                            By:        _____

                                                        Nabiha Syed, Esq.
                                                        BuzzFeed, Inc.
                                                        111 E. 18th Street, 14th Floor
                                                        New York, NY 10003
                                                        Tel: (646) 798-0693
                                                        Fax: (212) 431-7461
                                                        Nabiha.Syed@BuzzFeed.com

                                                        *Counsel for Plaintiff BuzzFeed, Inc.*