UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BUZZFEED, INC.,

                                                 **Plaintiff,**

                -against-

U.S. DEPARTMENT OF THE AIR FORCE,

                                                 **Defendant.**

----------------------------------------------------------------X

19-CV-01337 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The Initial Pretrial Conference scheduled for Tuesday, January 14, 2020, is ADJOURNED as per the parties' request. By separate order, the Court will set a briefing schedule for the parties' cross-motions for summary judgment.

**SO ORDERED.**

DATED:      January 14, 2020
                   New York, New York