USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BUZZFEED, INC.,

                        Plaintiff,

       -against-

U.S. DEPARTMENT OF THE AIR FORCE,

                        Defendant.

-----------------------------------------------------------------X

19-CV-01337 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In accordance with the parties' request to proceed to summary judgment briefing on the issue set forth in the parties' January 7, 2020 Letter, the Court enters the following schedule:

- Defendant's motion for summary judgment is due Thursday, March 5, 2020.

- Plaintiff's opposition and cross-motion for summary judgment is due Monday, April 6, 2020.

- Defendant's opposition and reply is due Wednesday, May 6, 2020.

- Plaintiff's reply in further support of its cross-motion is due Wednesday, May 27, 2020.

Unless the parties consent to a magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c), the motion shall be filed in accordance with Judge Carter's Individual Rules of Practice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 21, 2020
                New York, New York