USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUZZFEED, INC.,

         Plaintiff,

v.

U.S. DEPARTMENT OF THE AIR FORCE,

         Defendant.

Case No. 19-cv-1337

**ORDER AMENDING BRIEFING SCHEDULE**

IT IS HEREBY ORDERED that the briefing schedule regarding the parties' cross-motions for summary judgment is amended as follows:

- March 19, 2020: Defendant's motion for summary judgment due
- April 20, 2020: Plaintiff's opposition to motion for summary judgment and cross-motion for summary judgment due
- May 20, 2020: Defendant's reply in support of motion for summary judgment and opposition to cross-motion for summary judgment due
- June 10, 2020: Plaintiff's reply in support of cross-motion for summary judgment due

DATED: March 2, 2020

*[signature]*
UNITED STATES DISTRICT JUDGE
Andrew L. Carter, Jr.