```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _6/29/2020_
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**BUZZFEED, INC.,**

                       **Plaintiff,**

    -against-                           **19-cv-01337 (ALC)(SN)**

**U.S. DEPARTMENT OF**                    **ORDER**
**THE AIR FORCE,**

                       **Defendant.**

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' June 18, 2020 letter. ECF No. 36. The Court will not order the submission of Rule 56.1 statements at this time.

**SO ORDERED.**

**Dated: June 29, 2020**
      **New York, New York**

                                                  _____
                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**