# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BUZZFEED, INC.,

                Plaintiff,                        19 **CIVIL** 1337 (ALC) (SN)

           -against-                                **JUDGMENT**

U.S. DEPARTMENT OF HE AIR FORCE,
                        Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated November 3, 2020, the Air Force's motion for

summary judgment is granted and Buzzfeed's motion is denied; accordingly, this case is closed.


**Dated:**  New York, New York
          November 4, 2020


                                            **RUBY J. KRAJICK**
                                   _____
                                         **Clerk of Court**
            **BY:**
                                          **Deputy Clerk**